UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Cause No. 1:21-CR-0275 SEB-TAB |
| JERRY GLENN, | ) -01 ) |
| Defendant. | ) |

**UNITED STATES' SENTENCING MEMORANDUM**

The United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Michelle Brady, Assistant United States Attorney, hereby files its Sentencing Memorandum as to (hereinafter, Defendant). It is the United States' respectful recommendation that, in light of all relevant circumstances, a sentence of 140 months is the appropriate sentence in this matter, which is the low end of the advisory guideline range.

**I. DEFENDANT'S PARTICIPATION IN THE OFFENSE**

Defendant Jerry Glenn was found passed out in a car in the early morning hours of July 18, 2021 with the keys in the ignition of the car. Glenn was known to the officers (and to multiple Kokomo Police Department narcotics detectives) from his past interactions with the officers.

After the police were called to the car and realized it was Defendant Glenn, they attempted to find Defendant a ride home for the night. Failing that, they offered to drive Defendant to a friend's house for the night. After Defendant accepted the ride, when Defendant was patted down, officers found 139 grams of methamphetamine (actual).  Defendant was arrested, and has now filed a petition to plead guilty to Count One, Possession with Intent to Distribute Controlled Substances.

## II.  GUIDELINES CALCULATION

Probation has correctly calculated the guidelines.  The guidelines are driven by the amount of methamphetamine in Defendant's possession—hundreds of dosage units—as well as by Defendant's criminal history, which consists of 15 points, consisting of 11 points for three prior drug felony convictions, as well as  additional points for felony Criminal Recklessness (3 points), and other misdemeanor crimes.

## III.   A GUIDELINES SENTENCE IS WARRANTED

A sentence of 140 months is appropriate in this case, and is necessary to reflect the seriousness of the offenses, and to provide just punishment for the offense.  Defendant possessed with the intent to distribute just under 140 grams of methamphetamine (actual) on July 18, 2021.  Defendant did so while under the influence himself, and did so while he was pending charges in Howard

County for a prior incident involving controlled substances. PSR ¶ 40. Defendant has a lengthy history of drug related felony convictions, in addition to his prior felony conviction in 2007 for recklessly shooting a 17 year old girl. PSR ¶28.

Accordingly, the United States respectfully recommends a sentence of 140 months, which is sufficient, but not greater than necessary, to achieve the sentencing objectives contained within 18 U.S.C. 3553.

        Respectfully submitted,

        ZACHARY A. MYERS
        United States Attorney

By:   S:/Michelle P. Brady
      Michelle P. Brady
      Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, a copy of the foregoing Government's Sentencing Memorandum was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:  /s/ Michelle P. Brady
Michelle P. Brady
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Michelle.Brady@usdoj.gov